

No. 90–720. DeVargas *v.* Mason & Hanger-Silas Mason Co., Inc., et al. C. A. 10th Cir. Certiorari denied. Justice White and Justice Marshall would grant certiorari. ██

No. 90–5836. Burrell *v.* Louisiana. Sup. Ct. La.;
No. 90–5851. Truesdale *v.* South Carolina. Sup. Ct. S. C.;
No. 90–6072. Guinan *v.* Armontrout, Warden. C. A. 8th Cir.; and
No. 90–6318. Boyd *v.* Tennessee. Sup. Ct. Tenn. Certiorari denied. Reported below: No. 90–5836, 561 So. 2d 692; No. 90–5851, 301 S. C. 546, 393 S. E. 2d 168; No. 90–6072, 909 F. 2d 1224; No. 90–6318, 797 S. W. 2d 589.

Justice Marshall, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–6227. Benitez Guzman *v.* United States. C. A. 1st Cir. Certiorari denied. Justice Souter took no part in the consideration or decision of this petition. 
██

No. 90–6265. Vontsteen *v.* United States. C. A. 5th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. 
██

No. 90–354. Frey et al. *v.* Reilly, Administrator, Environmental Protection Agency, *ante*, p. 981;
No. 90–521. Comora et ux. *v.* Radell et al., *ante*, p. 981;
No. 90–541. Rupert *v.* Gravlee et al., *ante*, p. 982;
No. 90–613. Black Crystal Co., Inc. *v.* First National Bank of Louisville, *ante*, p. 999;
No. 90–651. Plunkett et al. *v.* Federal Deposit Insurance Corporation, Receiver of First Interstate Bank of Alaska, et al., *ante*, p. 985;
No. 90–665. Benefit Trust Life Insurance Co. *v.* Kunin, *ante*, p. 1013;

No. 90–671. CHRISTENSEN *v.* WARD ET AL., *ante*, p. 999;

No. 90–5100. FORD *v.* LOUISIANA, *ante*, p. 992;

No. 90–5544: JOHL *v.* PETERS ET AL., *ante*, p. 986;

No. 90–5691. BROWN *v.* MCCOTTER, SECRETARY, DEPARTMENT OF CORRECTIONS OF NEW MEXICO, ET AL., *ante*, p. 1000;

No. 90–5755. HERTEL ET AL. *v.* FEDERAL LAND BANK OF ST. LOUIS, *ante*, p. 987;

No. 90–5848. PARKER *v.* FAIRMAN, WARDEN, ET AL., *ante*, p. 987;

No. 90–5855. SELLERS *v.* DELGADO COLLEGE ET AL., *ante*, p. 987;

No. 90–6037. MCGEE *v.* RANDALL DIVISION OF TEXTRON, INC., OF GRENADA, MISSISSIPPI, *ante*, p. 1015; and

No. 90–6085. IN RE DOUGLASS, *ante*, p. 979. Petitions for rehearing denied.

No. 89–1283. ARCADIA, OHIO, ET AL. *v.* OHIO POWER CO. ET AL., *ante*, p. 73;

No. 89–5120. PERRY *v.* LOUISIANA, *ante*, p. 38;

No. 89–5867. IRWIN *v.* DEPARTMENT OF VETERANS AFFAIRS ET AL., *ante*, p. 89;

No. 89–7584. COOK *v.* UNITED STATES, *ante*, p. 832; and

No. 89–7822. GREEN ET AL. *v.* LAW FIRM OF WISEMAN, BLACKBURN, FUTRELL & COHEN ET AL., *ante*, p. 842. Petitions for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of these petitions.

JANUARY 24, 1991

No. 90–257. NATIONAL COAL ASSN. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 90–558. ALABAMA POWER CO. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46. Reported below: 284 U. S. App. D. C. 136, 902 F. 2d 962.

JANUARY 31, 1991

No. 90–724. ESPOSITO *v.* UNITED STATES. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.